**WO**                                                                                           RP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel Robles Cota,<br><br>    Petitioner,<br><br>vs.<br><br>Dora Schriro, et al.,<br><br>    Respondents. | No. CV 08-568-PHX-SMM (MEA)<br><br>**ORDER** |

Petitioner Manuel Robles Cota, who is confined in the Arizona State Prison Complex-Florence, has filed a *pro se* Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (Doc. #1). The $5.00 filing fee has been paid. The Court will require an answer to the Petition.

**I.     Petition**

Named as Respondents in the Petition are: (1) Dora Schriro, Director of the Arizona Department of Corrections; and (2) Bezy, Warden. The Attorney General of the State of Arizona is named as an Additional Respondent.

In his Petition, Petitioner challenges his judgment of conviction for two counts of Attempted Child Molestation, entered in the Maricopa County Superior Court in matter CR-2002-012115. Petitioner was sentenced on December 17, 2002 to lifetime probation on Count 1 and to a 10-year term of imprisonment on Count 2.

Petitioner presents six grounds in the Petition in support of his request for habeas

**TERMPSREF**

relief:

 (1) "The violation of constitutional right 'Amendment-5'";

 (2) "The violation of constitutional right 'Amendment-6'";

 (3) "The violation of constitutional right 'Amendment-7'";

 (4) "The violation of constitutional right 'Amendment-8'";

 (5) "The violation of constitutional right 'Amendment-9'";

 (6) "The violation of constitutional right 'Amendment-14.'"

Petitioner affirmatively alleges that he has presented the issues in all of his grounds to the Arizona Court of Appeals and the Arizona Supreme Court.

A review of the Petition indicates that an answer is required.

## II. Warnings

### A. Address Changes

Petitioner must file and serve a notice of a change of address in accordance with Rule 83.3(d) of the Local Rules of Civil Procedure. Petitioner must not include a motion for other relief with a notice of change of address. Failure to comply may result in dismissal of this action.

### B. Copies

Petitioner must serve Respondents, or counsel if an appearance has been entered, a copy of every document that he files. Fed. R. Civ. P. 5(a). Each filing must include a certificate stating that a copy of the filing was served. Fed. R. Civ. P. 5(d). Also, Petitioner must submit an additional copy of every filing for use by the Court. LRCiv 5.4. Failure to comply may result in the filing being stricken without further notice to Petitioner.

### C. Possible Dismissal

If Petitioner fails to timely comply with every provision of this Order, including these warnings, the Court may dismiss this action without further notice. See Ferdik v. Bonzelet, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (a district court may dismiss an action for failure to comply with any order of the Court).

1  **IT IS ORDERED:**

2  (1) The Clerk of Court **must serve** a copy of the Petition (Doc. #1) and this Order
3  on the Respondents and the Attorney General of the State of Arizona by certified mail
4  pursuant to Rule 4, Rules Governing Section 2254 Cases.

5  (2) Respondents **must answer** the Petition within 40 days of the date of service.
6  Respondents must not file a dispositive motion in place of an answer but may file an answer
7  limited to relevant affirmative defenses, including but not limited to, statute of limitations,
8  procedural bar, or non-retroactivity.  If the answer is limited to affirmative defenses, only
9  those portions of the record relevant to those defenses need be attached to the answer.
10 Failure to set forth an affirmative defense in an answer may be treated as a waiver of the
11 defense.  Day v. McDonough, 126 S. Ct. 1675, 1684 (2006).  If not limited to affirmative
12 defenses, the answer must fully comply with all of the requirements of Rule 5 of the Rules
13 Governing Section 2254 Cases.

14 (3) Petitioner **may file** a reply within 30 days from the date of service of the
15 answer.

16 (4) This matter is **referred** to Magistrate Judge Mark E. Aspey pursuant to Rules
17 72.1 and 72.2 of the Local Rules of Civil Procedure for further proceedings and a report and
18 recommendation.

19 DATED this 22nd day of July, 2008.

20

21

22

23  Stephen M. McNamee
    United States District Judge

24

25

26

27

28